**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

05 CV 3650

JUDGE CHIN

MERCK & CO., INC., and MSD )
TECHNOLOGY L.P., )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　 )　　　　05 Civ.
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　v. )
　　　　　　　　　　　　　　　　　　　　 )
MEDIPLAN HEALTH CONSULTING, )
INC., d/b/a )
RXNORTH.COM )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Defendant. )

RECEIVED
APR 08 2005
U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT

　　　　　Plaintiffs, Merck & Co., Inc. ("Merck") and MSD Technology L.P. ("MSD"), by their undersigned attorneys, for their complaint against Defendant Mediplan Health Consulting, Inc., d/b/a Rxnorth.com ("Rxnorth.com" or "Defendant"), respectfully allege with knowledge of their own actions and on information and belief as to actions of others as follows:

　　　　　1.　　　　This action is by Plaintiffs against Rxnorth.com for:

　　　　　　　　(a)　infringement of United States Patent No. 4,444,784 ("the '784 patent") under 35 U.S.C. § 271;

　　　　　　　　(b) unfair competition pursuant to § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

　　　　　　　　(c) unfair competition in violation of the common law of New York and § 360-o of the New York General Business Law; and

　　　　　　　　(d) unlawful deceptive acts and practices in violation of New York General Business Law §§ 349-350.

**The Parties**

2.      Merck is a corporation organized and existing under the laws of the State of New Jersey.  Merck's headquarters are located at One Merck Drive, Whitehouse Station, New Jersey 08889.

3.      MSD Technology L.P. is a limited partnership organized and existing under the laws of Delaware, with an address c/o Merck Sharp & Dohme Chibret A.G., 96 Pitts Bay Road, Pembroke HM 08 Bermuda.

4.      Mediplan Health Consulting, Inc., d/b/a Rxnorth.com, is a Canadian corporation having an address at 115 Main Street South, Minnedosa, Manitoba, Canada R0J 1E0. Defendant does not have a place of business or employees located in the state of New York.

5.      Defendant:  (a) controls, hosts and operates a website located at www.rxnorth.com and uses that website to commit the tortious and wrongful activities described herein; and (b) is the owner of the Internet domain name rxnorth.com, and uses that domain name to host the aforementioned website where Defendant advertises, promotes, offers for sale and sells prescription drug products including those identified as "ZOCOR" and "simvastatin" products in this judicial district and throughout New York and elsewhere in the United States.

**Jurisdiction and Venue**

6.      This Court has subject matter jurisdiction over Count I of this action, pursuant to 28 U.S.C. § 1338(a), over Count II of this action, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a), and over Counts III and IV of this action, pursuant to 28 U.S.C. §§ 1367 and 1338(b), and the doctrines of pendant and supplemental jurisdiction.

7.      Defendant has committed tortious and wrongful acts of patent infringement and unfair competition by advertising, promoting, offering for sale and selling simvastatin products in the State of New York and elsewhere in the United States.

8.      Defendant has transacted and does transact business in the State of New York by its advertising, promotion, sales and offers to sell prescription drug products, including those referred to in paragraph 7.

9.      This Court has personal jurisdiction over the defendant based on the aforesaid activities in this judicial district.

10.     Venue is proper in this District pursuant to the provisions of 28 U.S.C. §§ 1391(d) and 1400.

### Merck's Patent

11.     The '784 patent, entitled "Antihypercholesterolemic Compounds", was duly and legally issued to Merck on April 24, 1984, and was thereafter assigned to MSD, which is its current owner.  Merck is the licensee of the '784 patent (copy attached at Tab A).

### Merck's ZOCOR® (Simvastatin) Product

12.     Merck, one of the world's leading pharmaceutical companies, is a global research-driven company that discovers, develops, manufactures and markets throughout the world a broad range of human health products.  Merck invests billions of dollars in the research and development of its broad portfolio of highly-innovative prescription drugs.

13.     Merck's research and development efforts have culminated in many industry-leading products, including Merck's extremely successful prescription drug product ZOCOR®, which is used to treat patients who have or are at risk of coronary heart disease and/or have elevated cholesterol levels.  The active ingredient in the ZOCOR® product is simvastatin.

ZOCOR® brand simvastatin is used to reduce the amount of cholesterol and certain fatty substances in the blood. Merck's ZOCOR® product is one of the most frequently prescribed medications in the United States. U.S. sales of the ZOCOR® product in 2004 totaled $3.61 billion. Sales to customers in the state of New York in 2004 totaled approximately $228.3 million.

14.     Merck holds the approved U.S. Food and Drug Administration ("FDA") New Drug Application for its simvastatin product. There are no generic simvastatin products approved by the FDA for sale in the United States. Thus, Plaintiffs are the sole and exclusive entities authorized under the U.S. patent laws and the U.S. regulatory laws embodied in Food, Drug and Cosmetic Act, 21 U.S.C. § 301 et seq., to sell simvastatin product in the United States.

## Defendant's Illegal Activities

15.     Defendant offers for sale and sells prescription drugs to consumers over the Internet, including certain simvastatin products that are not authorized by Plaintiffs.

16.     Defendant's website is directed to customers outside of Canada, including, in particular, the United States. All advertised product prices on Defendant's website are quoted in United States dollars. Rxnorth.com has been described in the media as one of the largest internet pharmacies that caters to U.S. customers, and its Chief Executive Officer has acknowledged that the business goal of Rxnorth.com is to sell to customers in the United States. The order form that must be filled out to order products on the Rxnorth.com website is primarily directed to U.S. citizens, with the United States as the first country that appears on the drop down menu that records the customer's contact information. The website includes a number of live "Health Resource Links" to other sites, which are organizations in the United States (*e.g.*, FDA-

C.     A judgment finding that Defendant's patent infringement has been willful and deliberate and that this is an exceptional case, pursuant to 35 U.S.C. § 284 and § 285;

D.     A judgment awarding Plaintiffs damages caused by the infringing activities and awarding increased damages and prejudgment interest;

E.     A judgment awarding Plaintiffs their attorneys' fees, costs and expenses in this action;

F.     A judgment that Defendant has engaged in unlawful, unfair competition under the provisions of the Lanham Act, 15 U.S.C. 1051 et seq., as amended, and 15 U.S.C. § 1125(a) in particular, and that such actions have been willful and intentional;

G.     A judgment that Defendant, its officers, directors, agent, servants, employees, representatives, successors and assigns and all those in active concert or participation with any of the foregoing who receive actual notice of this injunctive order, be enjoined preliminarily and permanently from committing any act intended or likely to cause the public to believe that defendant or any generic simvastatin product that defendant sells is legally approved for sale in the United States by the FDA, or is in any manner connected, affiliated, sponsored, approved, or associated with Merck, from otherwise competing unfairly with Plaintiffs; and from making any false or misleading descriptions or representations of fact about its or Merck's products.

H.     That Defendant be directed to file with this Court and serve on Plaintiffs within thirty (30) days after entry of the injunction, a report in writing, under oath, setting forth in detail the manner in which the Defendant has complied with the injunction;

I.     That Defendant be directed to account for and pay over to Merck all gains, profits and advantages derived from Defendant's wrongful acts pursuant to 15 U.S.C. § 1117(a).

Med Watch, AARP, American Diabetes Association, American Heart Association), including in the State of New York (NOAH – New York Online Access to Health).

17.     Defendant's efforts to conduct business in the United States and to obtain a U.S. customer base have been very successful.  As many as 88% of the visitors to Defendant's website have been located in the United States at certain times, and Defendant has acknowledged that it has delivered more than 1 million prescriptions to consumers in the U.S., has more than 150,000 customers in this country spending more than $100 million U.S. dollars a year, and fills an average of 2,500 prescriptions a day for U.S. customers.  The FDA was sufficiently concerned about Defendant's website sales into the U.S. to send Defendant a warning letter indicating that sale and distribution of products over the website may be illegal in the United States.

18.     Defendant's website is interactive and permits on-line interaction with prospective customers and customers, including on-line orders for the prescription drug products offered for sale.  Defendant's website purports to operate as a local pharmacy would, providing service and assistance to its customers at their own location.  New patients are required to fill out a patient order form which calls for detailed medical information, address information and physician name and phone number, thereby facilitating contact by Defendant with the patient's local physician.  The medication is shipped directly to the consumer.

19.     Defendant receives payment for the products it sells through its website to customers in the United States by transmittal from its customers' credit card companies, which companies are located in the United States.  Thus, these United States based companies hold funds for the benefit of Defendant.

20.     Defendant's website includes a page which offers "ZOCOR" in four different dosage strengths, and "simvastatin" accompanied by the letter "G" in a red circle,

which purports to indicate that this is a generic product, in five different dosage strengths. When consumers click on any of the "ZOCOR" offerings, they are led to a page which identifies Merck Sharp & Dohme Limited as the manufacturer. When consumers click on "simvastatin" with the generic designation for some of the dosage strengths, they are led to a page that again identifies the product as generic simvastatin, but does not identify the manufacturer. As set forth above, the generic simvastatin products offered for sale and sold on Defendant's website are not authorized or approved by Plaintiffs, and are not authorized by law for sale in the United States.

## COUNT I
## INFRINGEMENT OF THE '784 PATENT (35 U.S.C. § 271)

21.    Plaintiffs repeat and reallege paragraphs 1 through 20 above as if fully set forth herein.

22.    Defendant's sales and/or offers for sale of simvastatin products in New York and elsewhere in the United States, are without license or permission from Plaintiffs, and infringe the '784 patent under 35 U.S.C. § 271.

23.    Plaintiffs have been and will continue to be irreparably harmed if Defendant is not enjoined from infringement of the '784 patent.

24.    Defendant has had notice that certain of its products are covered by the '784 patent and has continued to willfully and deliberately infringe that patent.

25.    The actions of Defendant have been "exceptional" within the meaning of 35 U.S.C. § 285.

## COUNT II
## UNFAIR COMPETITION (15 U.S.C. § 1125(a)

26.    Merck repeats and realleges paragraphs 1 through 25 as if fully set forth herein.

27.    In the United States, ZOCOR patients who have purchased their medication in pharmacies located in this country are aware that there is no available FDA approved generic substitute for Merck's ZOCOR product, that the only available FDA approved simvastatin product in the United States is ZOCOR brand simvastatin, and that this product originates from or is sponsored and approved by a single source of origin, namely Merck. Thus, these patients understand that only Merck's ZOCOR brand simvastatin product can be lawfully sold in the United States.

28.    Defendant's aforementioned activities violate § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Defendants has used in commercial advertising and promotions, words and false or misleading descriptions or representation of facts concerning the nature, qualities or characteristics of its goods or commercial activities and/or those of another person, i.e. Merck, and which also are likely to cause confusion, to cause mistake or to deceive the aforementioned United States ZOCOR patients. By such activities of Defendant, U.S. patients will be lead to believe that Defendant's generic simvastatin products are either legally authorized by the FDA for sale in the United States, or that such products originate with, or are sponsored, licensed, approved or somehow sanctioned by or affiliated with Merck, neither of which is in fact the case.

29.    The activities of Defendant complained of here are willful and intentional.

30.    The conduct of Defendant complained of herein has caused and will continue to cause substantial irreparable damage and injury to Merck for which there is no adequate remedy at law.

## COUNT III
## UNFAIR COMPETITION (N.Y. General Business Law § 360-1)

31.     Merck repeats and realleges paragraphs 1 through 30 above as if fully set forth herein.

32.     The acts of Defendant as described above, which are without license or permission from Merck, constitute unfair competition in violation of Merck's rights under the common law of the State of New York and N.Y. General Business Law § 360-o.

33.     Merck has sustained and will continue to sustain irreparable injury as a result of Defendant's illegal commercial activities, for which there is no adequate remedy at law.

## COUNT IV
## DECEPTIVE ACTS AND PRACTICES (N.Y. General Business Law § 349-350)

34.     Merck repeats and realleges paragraphs 1 through 33 above as if fully set forth herein.

35.     Defendant's activities as described above, which are without license or permission from Merck, constitute deceptive acts and practices in violation of N.Y. Gen. Business Law §§ 349-350.

36.     Merck has sustained and will continue to sustain irreparable injury as a result of Defendant's illegal commercial activities, for which there is no adequate remedy at law.

WHEREFORE, Plaintiffs request the following relief:

A.      A judgment that the '784 patent has been infringed by the Defendant;

B.      A judgment pursuant to 35 U.S.C. § 283 preliminarily and permanently enjoining Defendant and its officers, agents, servants, employees and affiliates, and all others in active concert or participation with any of the foregoing, from further infringement of the '784 patent;

- 8 -

J.      That Merck be awarded compensatory damages in an amount to be proven at trial, pursuant to 15 U.S.C. § 1117.

K.      That Merck be awarded treble damages pursuant to 15 U.S.C. § 1117.

L.      That Merck be awarded costs, disbursements and attorney's fees pursuant to 15 U.S.C. § 1117.

M.      A judgment that Defendant has engaged in unfair competition under New York General Business Law § 360-o and under New York Common Law.

N.      A judgment that Defendant has engaged in unlawful deceptive acts and practices in violation of New York General Business Law § 349-50.

O.      An order pursuant to Fed. R. Civ. Pro. 64 in favor of Plaintiffs attaching any assets of Defendant within the jurisdiction of this Court.

P.      That Plaintiffs be awarded such other and further relief as this Court may deem just and proper.

FITZPATRICK, CELLA, HARPER & SCINTO

By: _____
Robert L. Baechtold (RB6866)
Nina Shreve (NS4731)
Peter Shapiro (PS8180)

30 Rockefeller Plaza
New York, New York 10112-3801
(212) 218-2100

Attorneys for Plaintiff
Merck & Co., Inc. and MSD
Technology L.P.

Dated:  New York, New York
        April 8, 2005

- 10 -

EXHIBIT A

# United States Patent [19]

## Hoffman et al.

[11] **4,444,784**

[45] **Apr. 24, 1984**

[54] **ANTIHYPERCHOLESTEROLEMIC COMPOUNDS**

[75] Inventors: **William F. Hoffman; Robert L. Smith**, both of Lansdale, Pa.; **Alvin K. Willard**, Wilmington, DE

[73] Assignee: **Merck & Co., Inc.**, Rahway, N.J.

[21] Appl. No.: **217,640**

[22] Filed: **Dec. 18, 1980**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 175,460, Aug. 5, 1980, abandoned, which is a continuation-in-part of Ser. No. 118,051, Feb. 4, 1980, abandoned.

[51] Int. Cl.³ ................. A61K 31/335; C07D 309/30; C07C 67/02

[52] U.S. Cl. .................................... 424/279; 549/292; 560/107; 560/185; 560/256; 560/119; 562/501

[58] Field of Search .................... 260/343.5; 560/185, 560/119, 256, 107; 549/292; 562/501; 424/279

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,072,709 | 1/1963 | Saucy et al. | 560/107 |
| 3,344,169 | 9/1967 | Los | 560/107 |
| 3,983,140 | 9/1976 | Endo et al. | 549/292 |
| 4,049,495 | 9/1977 | Endo et al. | 195/36 R |
| 4,137,322 | 1/1979 | Endo et al. | 424/273 R |
| 4,231,938 | 11/1980 | Monaghan et al. | 549/292 |
| 4,282,155 | 8/1981 | Smith et al. | 562/501 |
| 4,293,496 | 10/1981 | Willard | 562/501 |
| 4,294,846 | 10/1981 | Albers-Schonberg et al. | 424/279 |
| 4,319,039 | 3/1982 | Albers-Schonberg | 560/256 |
| 4,323,648 | 4/1982 | Tanzawa et al. | 549/292 |
| 4,342,767 | 8/1982 | Albers-Schonberg et al. | 560/256 |
| 4,343,814 | 8/1982 | Gullo et al. | 549/292 |
| 4,346,227 | 8/1982 | Terahara et al. | 549/292 |
| 4,351,844 | 9/1982 | Patchett et al. | 424/279 |

#### FOREIGN PATENT DOCUMENTS

55-9024  8/1980  Japan .

#### OTHER PUBLICATIONS

F. M. Singer et al., Proc. Soc. Exper. Biol. Med., 102, 370 (1959).
Hulcher, Arch. Biochem. Biophys. 146, 422 (1971).
Brown et al., J. Chem. Soc., Perkin I, 1165 (1976).
Endo et al., J. Antibiotics, XXXII, 852 (1979).
Chem. Abstracts 80:15105p (1974).

*Primary Examiner*—Ethel G. Love
*Attorney, Agent, or Firm*—William H. Nicholson; Mario A. Monaco

[57] **ABSTRACT**

6(R)-[2-(8'-acyloxy-2'-methyl-6'-methyl (or hydrogen)-polyhydronaphthyl-1')-ethyl]-4   (R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-ones are prepared by acylation of the corresponding 8'-hydroxy compounds. The products are strong inhibitors of the biosynthesis of cholesterol.

**18 Claims, No Drawings**

4,444,784

**1**

# ANTIHYPERCHOLESTEROLEMIC COMPOUNDS

## SUMMARY OF THE INVENTION

This is a continuation-in-part of copending application Ser. No. 175,460, filed August 5, 1980 (now abandoned), which in turn is a continuation-in-part of copending application Ser. No. 118,051, filed Feb. 4, 1980, (now abandoned).

This invention relates to a group of 6(R)-[2-(8'-acyloxy-2'-methyl-6'-methyl(or hydrogen)-polyhydronaphthyl-1')-ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-ones and to the hydroxy acid form of said pyranones, the pharmaceutically acceptable salts of said hydroxy acids and to the lower alkyl and phenyl, dimethylamino or acetylamino substituted lower alkyl esters of said hydroxy acid.

More specifically, this invention relates to a compound of the structure I in Table I, in which the dotted lines X, Y and Z represent possible double bonds, said double bonds being, when any are present, either X and Z together in combination or X, Y or Z alone; R represents $C_{1-10}$ straight or branched chain alkyl (except (S)-2-butyl), $C_{3-10}$ cycloalkyl, $C_{2-10}$ alkenyl, $C_{1-10}$ $CF_3$-substituted alkyl, phenyl, halophenyl, phenyl-$C_{1-3}$ alkyl or substituted phenyl-$C_{1-3}$ alkyl, in which the substituent is halo, $C_{1-3}$ alkyl or $C_{1-3}$ alkoxy; and the free hydroxy acids of formula II formed by opening the lactone ring of formula I in Table I.

## BACKGROUND OF THE INVENTION

It is known that certain mevalonate derivatives inhibit the biosynthesis of cholesterol, cf. F. M. Singer et al, *Proc. Soc. Exper. Biol. Med.,* 102, 370 (1959) and F. H. Hulcher, *Arch. Biochem. Biophys.,* 146, 422 (1971). Nevertheless, the activity of these known compounds has not always been found to be satisfactory, i.e. to have practical application.

Recently, Endo et al, reported (U.S. Letters Pat. No. 4,049,495, U.S. Pat. No. 4,137,322 and U.S. Pat. No. 3,983,140) the production of fermentation products which were quite active in the inhibition of cholesterol biosynthesis. The most active member of this group of natural products, now called compactin, IIIa(R'=H) was reported by Brown et al [*J. Chem. Soc. Perkin I* 1165 (1976)] to have a complex mevalonolactone structure.

More recently, Monaghan et al in U.S. Pat. No. 4,231,938, which is incorporated herein by reference, reported an inhibitor, designated MK-803 and having the structure IIIa (R'=CH3) in Table I, which was isolated from an entirely different fermentation. Albers-Schonberg et al (U.S. Ser. No. 154,157, filed May 28, 1980) described a dihydro MK-803, designated III$_d$ (R'=CH3) in Table I, of equal potency to MK-803 isolated from the same fermentation as was MK-803. Patchett et al (U.S. Ser. No. 118,050, filed Feb. 4, 1980) describe dihydro and tetrahydro derivatives of MK-803 of different structures (III$_{b,c \text{ and } e}$ (R'=CH3) in Table I), prepared by the catalytic hydrogenation of MK-803. Willard (U.S. Ser. No. 118,049, filed Feb. 4, 1980), described the preparation of the 8-hydroxy derivatives (IV$_{a-e}$ (R'=CH3) in Table I) which are the starting materials for the preparation of some of the novel compounds of this invention.

**2**

A tetrahydro analog III$_e$(R'=H), of compactin was reported in published Japanese Application (Kokai) 55009-024.

Very recently a dihydro-analog of compactin of structure III$_d$ (R==H) was isolated from compactin fermentation broths as reported by Gullo et al, (U.S. Application Ser. No. 207,508, filed Nov. 17, 1980).

The preparation of the starting material, III$_d$, (R'=CH3) as mentioned previously, is described by Albers-Schonberg et al in U.S. application Ser. No. 154,157, filed May 28, 1980, and is the product of the following fermentation with a strain of *Aspergillus terreus*, ATCC No. 20542, designated MF-4845 in the culture collection of MERCK & CO., Inc., Rahway, N.J.

### Preparation of Compound III$_d$ (R'=CH3)

#### A. Fermentation

A tube of lyophilized culture MF-4845 was opened aseptically and the contents suspended in an unbaffled 250 ml Erlenmeyer flask (seed flask) containing approximately 10 ml of the Medium which has the following composition:

| Medium | |
|---|---|
| Corn steep liquor | 5 g |
| Tomato paste | 40 g |
| Oatmeal | 10 g |
| Glucose | 10 g |
| Trace Element Solution | 10 g |
| Distilled water | 1000 ml |
| pH 6.8 with NaOH | |
| Trace Element Solution: | |
| FeSO$_4$.7H$_2$O | 1000 mg |
| MnSO$_4$.4H$_2$O | 1000 mg |
| CuCl$_2$.2H$_2$O | 25 mg |
| CaCl$_2$.2H$_2$O | 100 mg |
| H$_3$BO$_3$ | 56 mg |
| (NH$_4$)$_6$MO$_7$O$_{24}$.4H$_2$O | 19 mg |
| ZnSO$_4$.7H$_2$O | 200 mg |
| Distilled Deionized Water | 1000 ml |

The inoculated flask was incubated for 24 hours at 28° C. on a 220 rpm shaker (2 inch throw). An unbaffled 2 liter Erlenmeyer flask containing 500 ml of the medium was then inoculated with 10 ml of the first stage fermentation growth from the seed mixture. This too was shaken 24 hours at 28° C.

A 200 gallon stainless steel fermentation vat was then charged with 485 liters of a medium comprising:

| Cerelose | 4.5% | wt/vol |
|---|---|---|
| Peptonized Milk | 2.5% | wt/vol |
| Autolyzed yeast | 0.25% | wt/vol |
| Polyglycol P2000 | 0.25% | vol/vol |

whose pH was adjusted to 7.0. This was sterilized 15 minutes at 121° C. One liter of the second stage above was then charged and the mixture was incubated at 85 rpm for 12 hours then at 130 rpm for 84 hours at 28° C. with an air flow of 5 cfm for 12 hours then 10 cfm for 84 hours.

#### B. Isolation

#### 1. Extraction

Two batches of one hundred gallons of whole broth were combined, acidified with stirring to pH 4.1 by careful addition of 800 ml of concentrated hydrochloric

4,444,784

**3**

acid, and extracted by addition of 75 gal of ethyl acetate and further stirring for two hours.

About 25 lbs of a silicaceous filter aid was then added and the total slurry was pumped through a 24-inch filter press. An additional 75 gal of ethyl acetate was used to wash the press cake and continue the extraction, by reversing the direction of pumping through the press four times. Then all of the wash solvent was discharged from the press and combined with the first filtrate. The two-phase filtrate was allowed to settle, and the water layer removed. The ethyl acetate layer was washed with 10 gal of deionized water, the phases were allowed to separate and the ethyl acetate extracts were concentrated under vacuum to a residue of about 10 gal.

### 2. Lactonization

Ethyl acetate extracts from an additional three hundred gal of broth were added to the above extract and the volume was reduced to about thirty gal by vacuum distillation. About fifty gal of toluene was added, and the batch was concentrated under vacuum to 32 gal; this step was repeated; then sufficient new toluene was added to bring the volume to 75 gal. Without vacuum, the batch was brought to reflux and maintained there for two hours, with a temperature over 106° C.

This solution was then concentrated under vacuum to a small volume, which was further concentrated to an oily residue in a large rotary evaporator under vacuum.

### 3. Chromatography on Silica Gel

The extract obtained above was flushed free of other solvents by addition of 2 gal of methylene chloride and reconcentration to an oil.

The oily residue was dissolved in about 5 gal of ethyl acetate-methylene chloride (30/70; v/v) mixture, and a slurry was made by addition of 2.8 kg of silica gel.

The slurry was loaded as a level layer on the top of a 12 in.×50 in. silica gel column packed in the same solvent mixture.

Elution was with ethyl acetate-methylene chloride (40/60; v/v) at 800 ml/min. A forerun of 10 gal, then further fractions of 4 gal each were collected.

Fractions 6–10 inclusive were concentrated under vacuum to an oily residue which was dissolved in hot ethyl acetate, treated with decolorizing carbon, filtered hot, and cooled. Crystals of Compound III$_d$ (R'=CH$_3$) were filtered off and the mother liquors were concentrated to an oil for further chromatography.

### 4. Rechromatography on Silica Gel

Mother liquor residues from similar broth extract work-ups equivalent to an additional 600 gal of fermen-

**4**

tation production were combined with the above in methylene chloride solution. One-half of this solution was taken for further silica gel chromatography. A small aliquot showed a total solids content of 325 g. The solution was treated with 40 g of decolorizing carbon, filtered, and the cake rinsed with methylene chloride. The combined filtrate and washings were concentrated under vacuum to an oily residue. This was redissolved in 800 ml of ethyl acetate/methylene chloride (30/70; v/v) and slurried with 225 g of silica gel. The slurry was loaded on top of a 14×36 cm column bed of silica gel packed in the same solvent mixture. Development was with ethyl acetate/methylene chloride (40/60; v/v). A forecut of three liters was set aside; then fractions of 800 ml each were collected.

### 5. Chromatography on Reverse-phase Packing

Forty ml from fraction 12 of the above chromatography were concentrated to an oil weighing 500 mg and the oil redissolved in 5 ml acetonitrile. This acetonitrile solution was charged to a ⅞" OD by 6 ft long stainless steel chromatography column packed with preparative reverse-phase liquid chromatography column packing material "Bondapak C18/PorasilB" (Waters Associates, Inc., Milford, Mass. 01757). The column was eluted with a mixture consisting of (v/v) 55% acetonitrile and 45% 0.05 M ammonium phosphate, pH3. The elution volume between 1360 ml and 1700 ml was combined on the basis of refractive index detection. The organic solvent was removed in vacuo and the residual aqueous solution extracted with ethyl acetate. In vacuo removal of the ethyl acetate left 120 mg of compound which crystallized from a concentrated acetonitrile solution yielding crystals of Compound III$_d$ (R'=CH$_3$), m.p. 129°–131° C.

### Preparation of Compounds III$_{b, c, e}$

Starting materials III$_b$, III$_c$ and III$_e$ (R'=CH$_3$) as mentioned above are described in U.S. application, Ser. No. 118,050, filed Feb. 4, 1980 by Patchett et al., in accordance with the following Flow Sheet and preparative methods extracted therefrom.

The desmethyl analogs, III$_b$, III$_c$ and III$_e$ (R'=H) are obtained substantially as described by Patchett et al. but starting with III$_a$ (R'=H) in each case.

For the preparation of III$_e$ it is advantageous to reduce III$_d$ inasmuch as the desired trans fusion of the perhydronaphthalene ring, present in the starting materials, is retained in the final product, and the need to separate isomers is avoided.

4,444,784

5            6

FLOW SHEET



## Reactions and Reagents

1. Hydrogenation at about 20°–75° C. and about atmospheric pressure to about 4 atmospheres over tris(triphenylphosphine)chlororhodium in an aromatic solvent such as benzene, toluene or xylene, preferably toluene. Preferred conditions are about 40° C. and about 2–7 atmospheres in toluene.

2. Hydrogenation at about 20°–25° C. and atmospheric pressure over 5% palladium on calcium carbonate in a lower alkanol such as a $C_{1-3}$ alkanol, especially ethanol.

3. Hydrogenation at about 20°–25° C. and atmospheric pressure over platinum oxide in ethyl acetate.

4. Hydrogenation at 20°–25° C. and atmospheric pressure over 10% Palladium on charcoal in ethyl acetate.

Preparation of
6α[2-(8′β-2-(S)-methylbutyryloxy-2′β,6′α-dimethyl-1′,2′,3′,4′,6′,7′,8′,8′a-octahydronaphthyl-1)ethyl]-4β-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, $III_b$ ·
(R′=$CH_3$)

A mixture of 50 mg (0.1236 mmol) of Compound $III_d$ (R′=$CH_3$) and an equal molar amount (114.35 mg, 0.1236 mmol) of tris(triphenylphosphine)chlororhodium in 10 ml of dry toluene was hydrogenated at room temperature for 6 days, with a total uptake of 14.6 ml of hydrogen. The mixture was evaporated in vacuo to dryness. The red residue was subjected to preparative thin-layer chromatography on silver nitrate impregnated silica plates and was developed twice in the 10% ethyl acetate-ether system. The yield of Compound $III_b$ (R′=$CH_3$) was 22.3 mg.

Mass spectrum (M/e) 406 (m+) 304 (m-102) 286 (m-102-18)

4,444,784

**7**

nmr (CDCl$_3$, 300 MHz) δ4.37 (m,1H) 4.60 (m,1H) 5.34 (d of t, J=2.5 Hz, 1H) 5.41 (m,1H)

### Preparation of 6α[2-(8′β-2-(S)-methylbutyryloxy-2′β,6′α-dimethyl-1′,2′,3′,5′,6′,7′,8′,8′a-octahydronaphthyl-1) ethyl]-4β-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, III$_c$ (R′=CH$_3$)

A solution of 80.91 mg (0.2 mmol) of Compound III$_d$ (R′=CH$_3$) in 10 ml of absolute ethanol, in the presence of an equal weight of 5% Pd on CaCO$_3$ was hydrogenated at 1 atmosphere until an uptake of one mole equivalent of hydrogen was observed. The catalyst was then removed by filtration and the filtrate was evaporated to dryness (81 mg). After a purification by preparative thin-layer chromatography to remove a small amount of by-product tetrahydro compound, 72 mg of the 1,4 reduction product III$_c$ (R′=CH$_3$) was isolated.

Mass spectrum (M/e) 406 (m+) 304 (m-102) 286 (304-H$_2$O)

nmr (CDCl$_3$, 300 MHz) δ 4.38 (m,1H) 4.64 (m,1H) 5.28 (d of t, J=3.5 Hz, 1H) 5.48 (m,1H)

### Preparation of 6α-[2-(8′β-2(S)-methylbutyryloxy-2′α,6′β-dimethyl-1′,2′,3′,4′,4′aα,5′,6′,7′,8′,8′a-decahydronaphthyl-1)-ethyl]-4β-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, III$_e$ (R′=CH$_3$)

A solution of 80.91 mg (0.2 mmol) of Compound III$_d$ (R′=CH$_3$) in 10 ml of ethyl acetate was hydrogenated in the presence of an equal weight of platinum oxide at one atmosphere. An exact 2 mole equivalent of hydrogen was consumed within 1 hour. The catalyst was removed by filtration and the filtrate was concentrated to dryness to give an oil. The cis and trans isomers were separated by preparative thin-layer chromatography on silica gel plates (10% ethyl acetate—ether system, bands detected by water spray). The trans isomer III$_e$ (R′=CH$_3$) appears as the more polar spot, compared to the cis isomer, and 60 mg was isolated.

Mass spectrum (M/e) 408 (m+) 323 (m-85) 306 (m-102)

nmr (CDCl$_3$, 300 MHz) δ 4.36 (broad singlet, 1H) 4.59 (m,1H) 5.19 (d of t, J=2.5 Hz, 1H)

### Fermentative Production of Compound III$_d$(R′=H) A. Fermentation:

A natural isolate of *Penicillium citrinum*, NRRL 8082 was used to prepare a yeast-malt extract (YME) slant which was incubated for 2 weeks at 28° C.

A portion (1/5) of the slant (MF-4870a) was used to inoculate each of 5 unbaffled seed flasks (250 ml) containing 44 ml of KF seed medium with CaCl$_2$. They were incubated for 3 days at 28° C., and 220 rpm. A portion of the seed growth (about 1.5 ml) was used to inoculate each of 100 production medium flasks (250 ml unbaffled) containing 40 ml of LM Production Medium Without Malt Extract. The production flasks were incubated for 4 days at 25° C.

Another group of production medium flasks (140 ), each containing 40 ml of LM Production Medium Without Modification were inoculated and incubated under the same conditions as previously described. The broths from both fermentations were combined.

The various media employed in the foregoing fermentations are:

**8**

| YME Slant | |
|---|---|
| Dextrose | 4 g./l. |
| Malt Extract | 10 g./l. |
| Yeast Extract | 4 g./l. |
| Agar | 20 g./l. |
| Dist. Water | to 1 liter |
| pH | 7.0 |

| KF Seed Medium with CaCl$_2$ | |
|---|---|
| CaCl$_2$ | 10 g. |
| Corn steep liquor | 5 g. |
| Tomatoe Paste | 40 g. |
| Oatmeal | 10 g. |
| Cerelose | 10 g. |
| Trace Element Mix | 10 ml. |
| Distilled Water | 1000 ml. |
| pH | 6.8 |

| Trace Element Mix | |
|---|---|
| FeSO$_4$.7H$_2$O | 1 g. |
| MnSO$_4$.4H$_2$O | 1 g. |
| CuCl$_2$.2H$_2$O | 25 mg. |
| CaCl$_2$ | 100 mg. |
| H$_3$BO$_3$ | 56 mg. |
| (NH$_4$)$_6$Mo$_7$O$_{24}$.4H$_2$O | 19 mg. |
| ZnSO$_4$.7H$_2$O | 200 mg. |
| Distilled Water | 1000 ml. |

| LM Production Medium Without Malt Extract | |
|---|---|
| Dextrose | 20 g. |
| Glycerol | 20 ml. |
| Ardamine pH | 10 g. |
| CoCl$_2$.6H$_2$O | 8 mg. |
| Polyglycol p 2000 | 0.25% |
| Distilled Water | 1000 ml. |
| pH | 7.0 |

| LM Production Medium Without Modification | |
|---|---|
| Dextrose | 20 g. |
| Glycerol | 20 ml. |
| Ardamine pH | 10 g. |
| Malt Extract | 20 g. |
| CoCl$_2$.6H$_2$O | 8 mg. |
| Polyglycol p 2000 | 0.25% |
| Distilled Water | 1000 ml. |
| pH | 7.0 |

### B. Isolation

The combined whole broth (10.3 liters) was filtered and the mycelia cake was washed with 2.5 liters of deionized water. The combined filtrate and wash was adjusted to pH 4.0 with 1 N hydrochloric acid. The aqueous solution was extracted with 7 liters of ethyl acetate and the extract was back-extracted with 3×2 liters of aqueous sodium hydroxide solution. The combined sodium hydroxide extract was adjusted to pH 3.8 with 1 N hydrochloric acid and extracted with 2 liters and 1 liter of ethyl acetate. The combined ethyl acetate solution was dried over anhydrous Na$_2$SO$_4$, filtered and concentrated to dryness. The oily residue was dissolved in toluene and refluxed for 1 hour. The toluene solution was concentrated to dryness and the residue was dissolved in 18 ml of a mixture of n-hexane/toluene/methanol (4/1/1 by volume). This solution was loaded onto a 30 mm (ID)×40 cm. Sephadex LH-20 column equilibrated in the same solvent system. After eluting with 300 ml of solvent, a 10 ml fraction was obtained which was concentrated to an oil. High performance liquid chromatography (HPLC) on an ES Industries Chromega ® column (9 mm×50 cm) using a mixture of acetonitrile/water (60/40 by volume) as the eluting solvent yielded 45 mg of dihydrocompactin (Compound III$_d$, R′=H), m.w. 392.2560 by mass spectrum (calculated for C$_{23}$H$_{36}$O$_5$, 392.2558).

In KBr, the major IR peaks obtained from a Fourier Transform-IR (FTIR, Nicolet, Model 7199) are at 1724,

4,444,784

**9**

1704, 1258, 1078 and 1070 cm$^{-1}$. Of significance is a peak at 3005 cm$^{-1}$ and the absence of a peak at 3030 cm$^{-1}$.

A nuclear magnetic resonance spectrum was obtained in CDCl$_3$, (~1 mg/0.5 ml) on a Varian SC-300 super-conducting nmr spectrometer. The following are the peak positions given in ppm (δ) relative to internal tetramethylsilane (TMS).

| δ | Assignment |
|---|---|
| 5.62 d,d,d (2.17, 4.5, 10.0) | H$_3$(d7) |
| 5.43 d (10) | H$_4$(c7?) |
| 5.20 m | H$_8$' |
| 4.63 m | H$_6$ |
| 4.39 m | H$_4$ |
| 2.75 d,d (17.5, 5.5) | |
| 2.63 d,d,d (17.5, 4.0, 1.5) | 3-CH$_2$ |
| 2.39 m | CH$_3$HCC (O) |
| 2.29 m | H$_{4a'}$ + H$_{8'}$ |
| 1.14 d | CH$_3$CHC (O) |
| 0.90 t | CH$_3$CH$_2$ |
| 0.84 d | CH$_3$H$_2$' |

d* doublet; m: multiplet; t: triplet

The evidence indicates the structure to be:



### Preparation of Compounds IV$_{a-e}$

The starting materials, the 8'α-hydroxy compounds IV$_{a-e}$ (R'=CH$_3$) described by Willard Ser. No. 118,049) are prepared from the various 8'-esters described by Monaghan et al (III$_a$, R'=CH$_3$), Albers-Schonberg et al (III$_d$, R'=CH$_3$) and Patchett et al (III$_{b,c,e}$, R'=CH$_3$) by heating them with lithium hydroxide solution for extended periods. The pyranone ring readily opens but the removal of the side chain acyl group is not easily effected. The heating must be prolonged and/or pressure must be used. An inert atmosphere is also helpful.

In the case of the Compounds III$_{a-e}$ (R'=H) the saponification of the 8'-esters is much more facile proceeding to completion in about 20 hours.

The 8'-hydroxy products are isolated by acidification and extraction with organic solvents which provides the trihydroxy acid form, in which the pyranone ring is still opened. These trihydroxy acids are relactonized by heating a solution of the acid in an appropriate organic solvent such as benzene or toluene in an apparatus permitting continuous separation of the water formed.

The Compound IV$_a$ (R'=H) is known as ML-236A as reported by Endo et al in U.S. Pat. No. 3,983,140.

**10**

In their lactone form, these alcohols are the compounds of Formula IV$_{a-e}$ in Table I and are prepared as described in the following preparations.

### Preparation of 6(R)-[2-(8'(S)-hydroxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S))-ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, IV$_a$ (R'=CH$_3$)

A mixture of 8.0 g. (19.78 mmole) of MK-803 (III$_a$, R'=CH$_3$) and 8.31 g (197.8 mmole) of LiOH.H$_2$O in 600 ml of water was stirred at reflux under a nitrogen atmosphere for 56 hours. The reaction mixture was cooled to 0° and treated, with stirring, with 20 ml of concentrated hydrochloric acid. The mixture was then extracted with three 250-ml portions of ether and the combined extracts were washed successively with three 200-ml portions of water and then 200 ml of saturated brine. After drying over MgSO$_4$, this organic solution was filtered and the solvent evaporated in vacuo to give an oily residue. This residue was dissolved in 200 ml of toluene and heated at reflux under a nitrogen atmosphere for 2 hours with continuous separation of water to effect relactonization. Evaporation of the toluene and trituration of the residue with hexane gave 5.15 g (81%) of the title compound IV$_a$ (R'=CH$_3$) as a white solid which did not require further purification.

An analytical sample was prepared by recrystallization of a portion of this material from butyl chloride to give white clusters: m.p. 128°-131° (vacuum); NMR(CDCl$_3$) δ 0.87 (d,3,J=7 Hz, CH$_3$), 1.16 (d,3,J=7 Hz, CH$_3$), 2.64 (m,2,pyran C$_3$H's), 4.27 (brm,1, naphthalene C$_8$H), 4.37 (m,1,pyran C$_4$H), 4.71 (m,1,pyran C$_6$H), 5.56 (m,1, naphthalene C$_5$H), 5.79 (dd,1, J=6,10 Hz, naphthalene C$_3$H), 6.03 (d,1,J=10 Hz, naphthalene C$_4$H); IR (CHCl$_3$) 3400 (OH), 1725 (C=O), 1240, 1120, 1080 cm$^{-1}$.

Anal. Calcd for C$_{19}$H$_{28}$O$_4$.0.1C$_4$H$_9$Cl C, 70.67; H, 8.84. Found: C, 70.77; H, 8.75.

### Alternative preparation of 6(R)-[2-[8'(S)-hydroxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S)]ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, IV$_a$ (R'=CH$_3$)

A suspension of 188 mg (0.463 mmol) of MK-803 (III$_a$, R'=CH$_3$) in 5 ml (5 mmol) of aqueous 1 N LiOH solution is shaken for 12 hours at 135° in a 30 ml stainless steel pressure vessel. The cooled reaction mixture is acidified with 1 M H$_3$PO$_4$ and extracted with ethyl acetate. The ethyl acetate solution is dried (MgSO$_4$) and filtered and the solvent is evaporated. The residue is dissolved in 20 ml of toluene which is heated to reflux for 4 hours in a Dean-Stark apparatus to effect relactonization. Evaporation of the toluene gives the title compound.

### Preparation of alcohols IV$_a$ (R'=H) and IV$_b$, IV$_c$, IV$_d$, and IV$_e$ (R'=H or CH$_3$)

Following essentially either procedure described above but substituting an equivalent amount of esters III$_a$(R'=H) or III$_b$, III$_c$, III$_d$, or III$_e$ (R'=H or CH$_3$), for III$_a$ (R'=CH$_3$) used therein the corresponding alcohols IV$_a$(R'=H), IV$_b$, IV$_c$, IV$_d$ and IV$_e$(R'=H or CH$_3$) are respectively obtained.

4,444,784

**11**

## DESCRIPTION OF THE INVENTION

We have found that the 8'-hydroxy compounds of Structure IV can be acylated to give a new class of 8-acyloxy compounds of the structure defined by Formulas I and II and the definitions thereunder. These new compounds are not formed in the fermentations described by Endo, Monaghan, Albers-Schonberg or Gullo. They are inhibitors of cholesterol synthesis in vivo.

The absolute configuration of these compounds is known from X-ray diffraction. Table I provides a convenient tabulation of these structures and their stereochemical relationship. The reference numerals to the various compounds, including those of the various series of polyhydronaphthyl structures, remain the same throughout these specifications and are so used. Each of the esters $I_{a-e}$ ($R'$=CH$_3$), of this invention contains seven or eight chiral centers. The relative and absolute configuration of these asymmetric centers is as depicted in Table I. More specifically, for ester $I_a$($R'$=CH$_3$), the Cahn, Ingold, Prelog designations for the absolute configurations are 4(R), 6(R), 1'(S), 2'(S), 6'(R), 8'(S) and 8a'(R) [R. S. Cahn, C. Ingold and V. Prelog, Angew.-Chem.Int.Ed.,5, 385 (1966)].



$I_a(R' = CH_3)$

As is indicated in the formulas $I_{a-e}$, all of these compounds have the same spatial orientation of groups at each chiral carbon atom and therefore belong to the same stereochemical series. The R-S designation for each center may not be identical to that found for the ester $I_a$($R'$=CH$_3$) because of the details of the sequence rules used for determining that designation. In the two esters $I_d$ and $I_e$ which have an additional chiral carbon atom not present in ester $I_a$, the hydrogen atom at 4a' is in the down (or $\alpha$) orientation as depicted in Table I, giving a trans ring junction.

### TABLE I

THE COMPOUNDS OF THIS INVENTION AND THEIR STEREO-RELATIONSHIP



$I_{a-e}$

**12**

### TABLE I-continued



$II_{a-e}$



$III_{a-e}$



$IV_{a-e}$

$R' = H$ or CH$_3$

STEREOCHEMISTRY OF THE HYDRONAPHTHYL SERIES

| Series | Double Bonds Present | Structure |
|---|---|---|
| a | X and Z |  |
| b | X |  |
| c | Y |  |
| d | Z |  |
| e | None |  |

The compounds of this invention are useful as antihypercholesterolemic agents for the treatment of atherosclerosis, hyperlipemia and like diseases in humans. They may be administered orally or parenterally in the form of a capsule, a tablet, an injectable preparation or the like. It is usually desirable to use the oral route. Doses may be varied, depending on the age, severity, body weight and other conditions of human patients but daily dosage for adults is within a range of from about 2 mg to 2000 mg (preferably 10 to 100 mg) given in three or four divided doses. Higher doses may be favorably applied as required.

The compounds of this invention also have useful anti-fungal activities. For example, they may be used to control strains of Penicillium sp., *Aspergillus niger*, Cladosporium sp., *Cochliobolus miyabeanus* and *Helminthosporium cynodnotis*. For those utilities they are admixed with suitable formulating agents, powders, emulsifying agents or solvents such as aqueous ethanol and sprayed or dusted on the plants to be protected.

The preparation of the compounds of this invention is described in Flow Sheet A.

### FLOW SHEET A



Definitions—X,Y,Z,R and R' as defined in specification and series a-e as defined in Table I.

Reactions

(1) Lithium hydroxide, heat, acidify, and lactonize

(2) t-Butyldimethylchlorsilane and imidazole in DMF at ambient temperatures in an inert atmosphere.

(3) Treatment with RCOCl and 4-dimethylaminopyridine in pyridine solution preferably under inert atmosphere.

(4) Treatment with RCOOH and N,N'-dicyclohexylcarbodiimide and 4-pyrrolidinopyridine in di-

chloromethane, preferably under an inert atmosphere.

(5) Three equivalents of tetrabutylammonium fluoride and four equivalents of acetic acid per equivalent of ester in THF, preferably in an inert atmosphere.

(6) Aqueous alkali followed by careful acidification with dilute acid.

(7) See Reactions and Reagents and Flow Sheet for synthesis of $III_{b, c, e}$.

In the novel process of this invention the 4-hydroxyl on the pyranone ring, of alcohols $IV_{a-e}$ is first protected with a t-butyldimethylsilyl group by reaction with t-butyldimethylchlorosilane in an inert atmosphere at ambient temperatures in the presence of an acid acceptor such as imidazole to provide the protected alcohols $V_{a-e}$. The 8-hydroxyl on the polyhydronaphthyl ring is then acylated in one of two ways. The first comprises treatment with the acid chloride of the desired acyl group in pyridine in the presence of 4-dimethylaminopyridine as a catalyst. The second comprises treatment of the 8'-polyhydronaphthol with the free acid of the desired acyl group and a carbodiimide such as N,N'-dicyclohexylcarbodiimide with 4-pyrrolidinopyridine as a catalyst in dichloromethane. These procedures give the protected esters $VI_{a-e}$. The removal of the silyl protecting group from the 4-hydroxyl of the pyranone ring is then carried out, using three equivalents of tetrabutylammonium fluoride and four equivalents of acetic acid per equivalent of esters $VI_{a-e}$, to give the desired compounds $I_{a-e}$. The ratio of reagents in this last reaction is critical to the yield of the process and the purity of the products.

The acyl groups thus put on the 8'-hydroxyl are those in which R in $I_{a-e}$ is:

(1) $C_{1-10}$ straight, or branched chain alkyl except (S)-2-butyl,

(2) $C_{3-10}$ cycloalkyl,

(3) $C_{2-10}$ alkenyl,

(4) $C_{1-10}$ CF$_3$-substituted alkyl,

(5) phenyl,

(6) halophenyl, wherein halo is chloro, fluoro, bromo or iodo,

(7) phenyl-$C_{1-3}$ alkyl,

(8) substituted phenyl-$C_{1-3}$ alkyl in which the substituent is halo, such as fluoro, chloro, bromo, or iodo, $C_{1-3}$ alkyl or $C_{1-3}$ alkoxy.

It is preferred that R' be CH$_3$.

Preferred definitions of R, are:

$C_{2-5}$ straight chain alkyl,

$C_{3-10}$ branched chain alkyl except (S)-2-butyl,

$C_{3-10}$ cycloalkyl,

$C_{3-10}$ alkenyl in which the unsaturation is not in conjugation with the carbonyl, especially

$C_{3-10}$ branched chain alkyl except (S)-2-butyl.

Preferred species are those wherein R is 1,1-diethylpropyl or 1-ethyl-1-methylpropyl. And it is especially preferred that none of X, Y or Z be a double bond.

Compounds $I_{a-e}$ can be hydrolyzed with bases such as NaOH to yield the salts such as the sodium salt of Compounds $II_{a-e}$. The use of bases with other pharmaceutically acceptable cations affords salts of those cations. Careful acidification of the salts affords the hydroxy acids $II_{a-e}$ which revert to Compounds $I_{a-e}$ at acidic pH. Treating Compound $I_{a-e}$ under acidic or basic catalysis with methanol, ethanol, propanol, or butanol or with phenyl-, dimethylamino-, or acetylamino-alkanols

4,444,784

**15**

yields the corresponding esters of Compounds II$_{a-e}$ which also form a part of this invention.

The pharmaceutically acceptable salts of this invention include those formed from cations such as sodium, potassium, aluminum, calcium, lithium, magnesium, zinc and tetramethylammonium as well as those salts formed from amines such as ammonia, ethylenediamine, N-methylglucamine, lysine, arginine, ornithine, choline, N,N'-dibenzylethylenediamine, chloroprocaine, diethanolamine, procaine, N-benzylphenethylamine, 1-p-chlorobenzyl-2-pyrrolidine-1'-yl-methylbenzimidazole, diethylamine, piperazine, and tris(hydroxymethyl)aminomethane.

### EXAMPLE 1

6(R)-[2-(8'(S)-2'',2''-dimethylpropanoyloxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S))ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one

#### Step A: Preparation of 6(R)-[2-(8'(S)-hydroxy-2'(S)-6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S))ethyl]-4(R)-(dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one, V$_a$ (R'=CH$_3$)

A mixture of the alcohol IV$_a$ (R'=CH$_3$) (18.3 g, 57.1 mmol), 21.5 g (142.8 mmol) of tert-butyldimethylchlorosilane and 19.4 g (285.6 mmol) of imidazole in 200 ml of N,N-dimethylformamide was stirred at 20° under a nitrogen atmosphere for 18 hours. The reaction mixture was then diluted with 1500 ml of ether and washed successively with water, 2% aqueous hydrochloric acid, water and saturated sodium bicarbonate. The ether solution was dried over MgSO$_4$, filtered and reduced to a volume of 1 L. After addition of 600 ml of hexane, the volume was reduced to 600 ml on a steam bath. The product crystallized at room temperature; after isolation and air drying this provided 13.7 g of a white cottony solid. The mother liquors were reduced to 250 ml and a second crop of crystals was isolated after this solution stood at 0° overnight. The combined yield was 17.13 g (69%) of the title compound as a white cottony solid: mp 142°–144° (vac); NMR (CDCl$_3$) δ 0.10 (s,6(CH$_3$)$_2$Si), 0.90 (s,9,(CH$_3$)$_3$CSi), 1.19 (d,3,J=7 Hz, CH$_3$), 2.58 (d,2,J=4 Hz, pyran C$_3$H's), 4.3 (m,2,pyran C$_4$H and naphthalene C$_8$H) 4.70 (m,1, pyran C$_6$H), 5.57 (m,1,naphthalene C$_5$H), 5.58 (dd,1, J=6,10 Hz, naphthalene C$_3$H), 6.03 (d,1, J=10 Hz, naphthalene C$_4$H).

Anal. Calcd. for C$_{25}$H$_{42}$O$_4$Si: C, 69.08, H, 9.74. Found: C, 69.46; H, 9.83.

#### Step B: Preparation of 6(R)-[2-(8'(S)-2''-dimethylpropanoyloxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S))ethyl]-4(R)-(dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one, VI$_a$ (R'=CH$_3$)

A solution of 6.0 g (13.8 mmol) of the alcohol V$_a$ (R'=CH$_3$) from Step A and 200 mg of 4-dimethylaminopyridine in 50 ml of pyridine was cooled to 0° under a nitrogen atmosphere. To this stirred solution was added 6.8 ml (6.65 mmol, 55.2 mmol) of pivaloyl chloride over 15 minutes. The reaction mixture was stirred at 0° for 1 hour and then at 20° for 4 days. The reaction mixture was diluted with 750 ml of ether and washed with 2% aqueous hydrochloric acid until the wash was acidic and then with saturated NaHCO$_3$ solution. After drying over MgSO$_4$ the solution was filtered and evaporated to give 7.81 g of the title compound as a light

**16**

orange oil: NMR (CDCl$_3$) δ 0.09 (s,6(CH$_3$)$_2$Si), 0.88 (s,9,(CH$_3$)$_3$CSi), 1.28 (s,9, (CH$_3$)$_3$CCO$_2$—), 2.57 (d,2,J=4 Hz, pyran C$_3$H's), 4.32 (m,1, pyran C$_4$H), 4.63 (m,1, pyran C$_6$H), 5.34 (m,1, naphthalene C$_8$H), 5.54 (m,1, naphthalene C$_5$H), 5.78 (dd,1, J=6, 10 Hz, naphthalene C$_3$H), 6.03 (d,1,J=10 Hz, naphthalene C$_4$H).

Employing the procedure substantially as described in Example 1, Step B, but substituting for the pivaloyl chloride used therein, an equimolecular amount of the acid chloride of structure R—COCl described in Table II, there are prepared the esters of structure VI$_a$ (R'=CH$_3$) also described in Table II.

### TABLE II

| O<br>‖<br>R—C—O | NMR(CDCl$_3$,δ) |
|---|---|
|  (4-fluorophenyl) CO$_2$— | 7.10(t,2,J=8Hz,p-FPh—)<br>8.03(dd,2,J=5,8Hz,p-FPh—) |
| CH$_3$CO$_2$— | 2.02(s,3,CH$_3$CO$_2$—) |
|  CH$_3$ ... O— | 1.19(d,J=7Hz,α-CH$_3$ ester)<br>1.21(d,J=7Hz,α-CH$_3$ ester)<br>Total 3H |
| (CH$_3$)$_2$CHCH$_2$CO$_2$—<br>(CH$_3$)$_2$CHCO$_2$—<br>CH$_3$(CH$_2$)$_2$CO$_2$— | 0.83(d,6J=6Hz,(CH$_3$)$_2$CH—)<br>1.13(d,6J=6Hz,(CH$_3$)$_2$CH)<br>0.95(t,3,J=7Hz,CH$_3$—(CH$_2$)$_2$)— |
|  —CO$_2$— | 1.60–2.08(m,15,Adamantyl) |
| CH$_3$(CH$_2$)$_6$CO$_2$—<br>C$_6$H$_{11}$CO$_2$—<br>CH$_2$=CH—CO$_2$—<br>CF$_3$(CH$_2$)$_2$CO$_2$—<br>C$_6$H$_5$CO$_2$—<br>4-ClC$_6$H$_4$CO$_2$—<br>2,4-F$_2$C$_6$H$_3$CO$_2$—<br>C$_6$H$_5$(CH$_2$)$_2$CO$_2$—<br>4-FC$_6$H$_4$CH$_2$CO$_2$—<br>2,4-F$_2$C$_6$H$_3$CH$_2$CO$_2$—<br>4-ClC$_6$H$_4$CH$_2$CO$_2$—<br>4-FC$_6$H$_4$(CH$_2$)$_2$CO$_2$— | |
|  CF$_3$<br>CH$_3$CH—CH$_2$CO$_2$— | |
|  CH$_3$ ... CO$_2$—<br>CH$_3$ | |
|  CH$_2$<br>‖ ... CO$_2$—<br>CH$_3$(CH$_2$)$_8$CO$_2$— | |
|  CO$_2$—<br>CH$_3$ H CH$_3$ | |

**17**                                   **4,444,784**                                   **18**

Step C: Preparation of
6(R)-[2-(8'(S)-2'',2''-dimethyl-propanoyloxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S)ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, $I_a$ ($R'$=$CH_3$)

To a solution of 10.0 g (31.7 mmol) of $Bu_4N^+F^-.3$-$H_2O$ and 2.4 ml (2.5 g, 42.3 mmol) of acetic acid in 50 ml of tetrahydrofuran was added 7.81 g (13.8 mmol) of the silyl ether $VI_a$ ($R'$=$CH_3$) from Step B in 50 ml tetrahydrofuran. This mixture was stirred at 20° under a nitrogen atmosphere for 18 hours. The reaction mixture was diluted with 700 ml of ether and washed successively with 2% aqueous hydrochloric acid, water and saturated aqueous $NaHCO_3$. The organic solution was dried ($MgSO_4$) and filtered. Evaporation of the solvent left 6.45 g of an off-white solid. This material was crystallized from 100 ml of butyl chloride and the isolated crystals were dried at 35°/0.01 mm for four hours to give 4.0 g (72%) of the title compound as nearly white needles: mp 167.5°–170.5° (vac); NMR ($CDCl_3$) δ 0.88 (d,3,J=7 Hz, $CH_3$), 1.08 (d,3,J=7 Hz, $CH_3$), 1.19 (s,9,($CH_3$)₃), 2.67 (d,2,J=4 Hz, pyran $C_3$H's), 4.39 (m,1,pyran $C_4$H), 4.65 (m,1,pyran $C_6$H), 5.36 (m,1,naphthalene $C_8$H) 5.55 (m,1,naphthalene $C_5$H), 5.80 (dd,1,J=6, 10 Hz, naphthalene $C_3$H), 6.04 (d,1,J=10 Hz, naphthalene $C_4$H); HPLC (4.6 mm.×25 cm Partisil 10 PAC, 10% isopropanol/hexane, 4 ml/min) retention time 4.4 min.

Anal. Calcd. for $C_{24}H_{36}O_5$: C, 71.25; H, 8.97. Found: C, 71.40; H, 8.93.

Employing the procedure of Example 1, Step C, but substituting for the 2,2-dimethylpropanoyloxy-silyl ether Compound $VI_a$ ($R'$=$CH_3$) used therein, an equimolecular amount of the other esters of structure $VI_a$ ($R'$=$CH_3$) described in Table II, there are prepared the esters of structure $I_a$ ($R'$=$CH_3$), described in Table III.

### TABLE III

| $RCO_2$— | Formula | MP(°C.) |
|---|---|---|
| $CH_3$-CH($CH_3$)-$CO_2$ | $C_{24}H_{36}O_5$ | 139–148 |
| F-$C_6H_4$-$CO_2$ | $C_{26}H_{31}FO_5$ | 119.5–120.5 (vac) |
| $(CH_3)_2CHCH_2CO_2$— | $C_{24}H_{36}O_5$ | 126–128 |
| $(CH_3)_2CHCO_2$— | $C_{23}H_{34}O_5$ | 144–147 |
| $CH_3(CH_2)_2CO_2$— | $C_{24}H_{36}O_5$ | |
| $CH_3CO_2$— | $C_{21}H_{30}O_5.0.1C_4H_9$ | 153–156 (vac) |
| (adamantyl)-$CO_2$— | $C_{30}H_{42}O_5.0.05C_6H_{12}$ | 155–158 |
| $CH_3(CH_2)_6CO_2$— | | |
| $C_6H_{11}CO_2$— | | |
| $CH_2$=CH—$CO_2$— | | |
| $CF_3(CH_2)_2CO_2$— | | |
| $C_6H_5CO_2$— | | |
| 4-$ClC_6H_4CO_2$— | | |
| 2,4-$F_2C_6H_3CO_2$— | | |
| $C_6H_5(CH_2)_3CO_2$— | | |

### TABLE III-continued

| $RCO_2$— | Formula | MP(°C.) |
|---|---|---|
| 4-$FC_6H_4CH_2CO_2$— | | |
| 2,4-$F_2C_6H_3CH_2CO_2$— | | |
| 4-$ClC_6H_4CH_2CO_2$— | | |
| 4-$FC_6H_4(CH_2)_3CO_2$— | | |
| ($CF_3$, $CH_3$-$CH_2CO_2$, $CH_3$ alkene structure) | | |
| ($CH_2$=, $CH_3$...$CO_2$ structure) | | |
| $CH_3(CH_2)_8CO_2$— | | |
| ($CH_3$-H...$CO_2$, $CH_3$ structure) | | |

### EXAMPLE 2

6(R)-[2-(8'(S)-phenylacetoxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S)ethyl]-4-(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one

Step A: Preparation of
6(R)-[2-(8'(S)-phenylacetoxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S)ethyl]-4(R)-dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one, $VI_a$ ($R'$=$CH_3$)

A solution of 434 mg (1.0 mmol) of the alcohol $V_a$ ($R'$=$CH_3$) from Example 1, Step A, 204 mg (1.5 mmol) of phenylacetic acid, and 309 mg (1.5 mmol) of N,N'-dicyclohexylcarbodiimide in 10 ml of dichloromethane was treated with 22 mg (0.15 mmol) of 4-pyrrolidinopyridine and stirred at 20° under a nitrogen atmosphere. After 3 days the solvent was removed in vacuo and the residue was suspended in 25 ml of ether and filtered. Evaporation of the filtrate gave a viscous oil which was chromatographed on a 2×15 cm. column of silica gel (230–400 mesh). Elution (under air pressure) with ether-hexane (1:1, v:v) gave 460 mg (83%) of the title compound as a viscous oil: NMR ($CDCl_3$) δ 0.10 (s,6,($CH_3$)₂Si), 0.90 (s, 9,($CH_3$)₃CSi), 3.58 (s,2,Ph$CH_2$—) 5.34 (m,1,naphthalene $C_8$H), 7.30 (s,5,Ph).

Employing the procedure of Example 2, Step A, but substituting for the phenylacetic acid used therein, an equimolecular amount of the organic acids of structure R—COOH described in Table IV there are produced the esters of structure $VI_a$ ($R'$=$CH_3$) also described in Table IV.

### TABLE IV

| R—C(=O)—O— | NMR($CDCl_3$,δ) |
|---|---|
| (cyclopropyl)-$CO_2$— | 0.78–1.02 (m,4,cyclopropane) |
| $CF_3$, $CH_3CH$—$CH_2CO_2$— | 1.04(d,3,J=7Hz,$CH_3CHCF_3$) |

4,444,784

## 19

### TABLE IV-continued

| R—C—O— | NMR(CDCl$_3$,δ) |
|---|---|
| (structure) | 1.88(s,3,CH$_3$C=C) |
| | 2.17(d,3,J = 2Hz,CH$_3$C=C) |
| | 5.68 (brs,1,C=CH—) |
| (structure) | 1.80 (s,3,CH$_3$C=C) |
| | 4.86,4.92(s,2,CH$_2$=C) |
| CH$_3$(CH$_2$)$_8$CO$_2$— | 0.87(m,3,CH$_3$(CH$_2$)$_8$C) |
| | 1.25(m,14,CH$_3$(CH$_2$)$_7$CH$_2$CO$_2$—) |
| (structure) | |
| (structure) | |
| CH$_3$CO$_2$— | |
| (structure) | |
| (CH$_3$)$_2$CHCH$_2$CO$_2$— | |
| (CH$_3$)$_2$CHCO$_2$— | |
| CH$_3$(CH$_2$)$_3$CO$_2$— | |
| (structure) | |
| (structure) | |
| (structure) | |
| (structure) | |
| CH$_3$(CH$_2$)$_6$CO$_2$— | |
| C$_6$H$_{11}$CO$_2$— | |
| CH$_2$=CH—CO$_2$— | |
| CF$_3$(CH$_2$)$_2$CO$_2$— | |
| C$_6$H$_5$CO$_2$— | |
| 4-ClC$_6$H$_4$CO$_2$— | |
| 2,4-F$_2$C$_6$H$_3$CO$_2$— | |
| C$_6$H$_5$(CH$_2$)$_3$CO$_2$— | |
| 4-FC$_6$H$_4$CH$_2$CO$_2$— | |
| 2,4-F$_2$C$_6$H$_3$CO$_2$— | |
| 4-ClC$_6$H$_4$CH$_2$CO$_2$— | |
| 4-FC$_6$H$_4$(CH$_2$)$_3$CO$_2$— | |

**Step B: Preparation of 6(R)-[2-(8'(S)-phenylacetoxy-2'(S),6'(R)-dimethyl-1',2',6',7',8',8'a(R)-hexahydronaphthyl-1'(S))ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, I$_a$ (R'═CH$_3$)**

Employing the procedure substantially as described in Example 1, Step C, but substituting for the propanoy-

## 20

loxy compound used therein an equimolar amount of the phenylacetoxy compound from Example 2, Step A, there is produced the title compound, m.p. 109°–112° C.

Employing the other esters, VI$_a$ (R'═CH$_3$) described in Example 2, Step A, (Table IV) and following the procedure of Example 2, Step B, there are produced the esters of structure I$_a$ (R'═CH$_3$) described in Table V.

### TABLE V

| RCO$_2$ | Formula | m.p. (°C.) |
|---|---|---|
| (structure) —CO$_2$— | C$_{23}$H$_{32}$O$_5$ | 116–119 |
| CF$_3$CH$_3$CHCHCO$_2$— | C$_{24}$H$_{33}$F$_3$O$_5$ | 110–113 |
| (structure) | C$_{24}$H$_{34}$O$_5$ | 113–118 |
| (structure) | C$_{24}$H$_{34}$O$_5$ | 116–119 |
| CH$_3$(CH$_2$)$_8$CO$_2$— | C$_{29}$H$_{46}$O$_5$ | (wax) |
| (structure) | C$_{24}$H$_{36}$O$_5$ | 126–129 |
| (structure) | | |
| CH$_3$CO$_2$— | | |
| (structure) | | |
| (CH$_3$)$_2$CHCH$_2$CO$_2$— | | |
| (CH$_3$)$_2$CHCO$_2$— | | |
| CH$_3$(CH$_2$)$_3$CO$_2$— | | |
| (structure) | | |
| (structure) | | |
| (structure) | | |
| (structure) | | |
| CH$_3$(CH$_2$)$_6$CO$_2$— | | |
| C$_6$H$_{11}$CO$_2$— | | |
| CH$_2$=CH—CO$_2$— | | |
| CF$_3$(CH$_2$)$_2$CO$_2$— | | |
| C$_6$H$_5$CO$_2$— | | |
| 4-ClC$_6$H$_4$CO$_2$— | | |
| 2,4-F$_2$C$_6$H$_3$CO$_2$— | | |
| C$_6$H$_5$(CH$_2$)$_3$CO$_2$— | | |

## 21

### TABLE V-continued

| RCO₂— | Formula | m.p. (°C.) |
|---|---|---|
| 4-FC₆H₄CH₂CO₂— | | |
| 2,4-F₂C₆H₃CH₂CO₂— | | |
| 4-ClC₆H₄CO₂— | | |
| 4-FC₆H₄(CH₂)₃CO₂— | | |

### EXAMPLE 3

6(R)-[2-(8′(S)-2″-ethyl-2″-methylbutyryloxy-2′(S)-6′(R)-dimethyl-1′,2′,6′,7′,8′,8′a(R)-hexahydronaphthyl-1′(S))-ethyl]-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one

#### Step A: Preparation of

6(R)-[2-(8′(S)-2″-ethyl-2″-methylbutyryloxy-2′(S)-6′(R)-dimethyl-1′,2′,6′,7′,8′,8′a(R)-hexahydronaphthyl-1′(S))ethyl]-4(R)-(dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one VI$_a$ (R′=CH₃)

3.0 g of 2-ethyl-2-methylbutyryl chloride (20 mmol) was added to a magnetically stirred solution of 2.17 g (5 mmol) of alcohol V$_a$ (R′=CH₃) and 74 mg of 4-pyrrolidino pyridine in 20 ml of pyridine. This reaction mixture was stirred at 100° C. under an atmosphere of N₂ for nine hours. The reaction mixture was diluted with 500 ml ether and washed with 1 N HCl until the wash was acidic and then with brine (3×50 ml). After drying over MgSO₄, the solution was filtered and evaporated to give 4.2 g of a brown oil. This oil was chromatographed on a 6×15 cm column of silica gel (230–400 mesh). Elution (under air pressure) with ether-hexane (1:1, v:v) gave 2.6 g (95%) of the title compound as a viscous yellow oil: NMR (CDCl₃) δ 0.08(s,6,(CH₃)₂Si), 0.9(s,9,(CH₃)₃ CSi), 2.57(d,2,J=4 Hz, pyran C₃H′s), 0.84(m,1,pyran C₄H), 4.63(m,1,pyran C₆H), 5.42(m,1,naphthalene C₈H), 5.53(m,1,naphthalene C₅H), 5.78(dd,1,J=6,Hz,10 Hz, naphthalene C₃H), 6.03(d,1,J=10 Hz, naphthalene C₄H).

Employing the procedure substantially as described in Example 3, Step A, but substituting for the 2-ethyl-2-methylbutyryl chloride used therein, an equimolecular amount of the acid chlorides of structure R-COCl, described in Table VI, there are produced the esters of structure VI$_a$ (R′=CH₃) also described in Table VI.

### TABLE VI

| R—CO (O double bond) | NMR(CDCl₃,δ) |
|---|---|
| C—CO₂— | 0.87(m,9,CH₃CH₂CH₂CH₂(CH₃CH₂)₂CCO₂) |
| C—CO₂— | 0.78(t,9,J = Hz,(CH₃CH₂)₃CCO₂)<br>1.48(q,6,J = 7Hz,(CH₃CH₂)₃CCO₂) |
| C—CO₂— | 1.28(s,6,(CH₃)₂CCO₂)<br>2.20(s,3,CH₃—C=CH₂)<br>3.86(m,2,CH₂=C) |
| C—C—CO₂— | 1.12(s,6,(CH₃)₂CCO₂)<br>0.83(t,3,(CH₃CH₂CCO₂) |

## 22

#### Step B: Preparation of

6(R)-[2-(8′(S)-2″-ethyl-2″-methylbutyryloxy-2′(S)-6′(R)-dimethyl-1′,2′,6′,7′,8′,8′a-(R)-hexahydronaphthyl-1′(S))ethyl]-4(R)hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one

Employing the procedure substantially as described in Example 1, Step C, or Example 2, Step B, but employing as starting material the silyl ether compound from Example 3, Step A, there is produced the title compound, m.p. 111°–113° C. (C₂₆H₄₀O₅).

Similarly prepared are the esters of structure I$_a$ described in Table VII, employing as starting materials the other esters VI$_a$ (R′=CH₃) described in Table VI.

### TABLE VII

| ROC₂— | Formula | m.p.(°C.) |
|---|---|---|
| C—CO₂— | C₂₈H₄₄O₅ | 81–83 |
| C—CO₂— | C₂₇H₄₂O₅ | 129–132 |
| C—CO₂— | C₂₆H₃₈O₅ | 75–78 |
| C—C—CO₂— | C₂₅H₃₈O₅ | 135–138 |

Employing the procedures of Example 1, Step A, followed by Example 1, Steps B and C, or Example 2 or 3, Steps A and B, but substituting for the diol of structure IV$_a$ (R′=CH₃) in Example 1, Step A, the corresponding diols of structure IV$_a$ (R′=H) or IV$_{b,c,d}$, or $_e$ (R′=H, or CH₃), there are produced in sequence the silyl ethers of structures V$_a$ (R′=H) or V$_{b,c,d}$, or $_e$ (R′=H, or CH₃), the esters of structure VI$_a$ (R′=H) or VI$_{b,c,d}$, and $_e$ (R′=H, or CH₃), and the novel esters of structures I$_a$ (R′=H) or I$_{b,c,d}$ and $_e$ (R′=H or CH₃) in accordance with Flow Sheet A, wherein

O (double bond)
‖
R—CO

of the 8′-alkanoyl group is:

| | |
|---|---|
| CO₂— (with F) | 4-ClC₆H₄CO₂— |
| CH₃CO₂— | 2,4-F₂C₆H₃CO₂— |
| C₆H₅(CH₂)₃CO₂— | |
| CH₃CH(CH₃)C(=O)— | |
| (CH₃)₂CHCHCO₂— | 4-FC₆H₄CO₂— |
| (CH₃)₂CHCO₂— | 2,4-F₂C₆H₃CH₂CO₂— |
| CH₃(CH₂)₃CO₂— | 4-ClC₆H₄CH₂CO₂— |

**23**

**4,444,784**

**24**

-continued

4-FC$_6$H$_4$(CH$_2$)$_3$CO$_2$—

CH$_3$(CH$_2$)$_6$CO$_2$—

C$_6$H$_{11}$CO$_2$—

CH$_2$=CH—CO$_2$—

CF$_3$(CH$_2$)$_2$CO$_2$—

C$_6$H$_5$CO$_2$—

CF$_3$
CH$_3$CH=CH—CH$_2$CO$_2$—        CH$_3$(CH$_2$)$_8$CO$_2$—

### EXAMPLE 4

Preparation of
6(R)-{2-[8(S)(2″-ethyl-2″-methylbutyryloxy)-2′(S),6′(
S)-dimethyl-1′,2′,3′,4′,4′a(S),5′,6′,7′,8′,8′a(S)-decahy-
dronaphthyl-1′(S)ethyl]-4(R)hydroxy-3,4,5,6-tetrahy-
dro-2H-pyran-2-one, I$_e$ (R′═CH$_3$)

### Step A. Preparation of
6(R)-[2-(8′(S)hydroxy-2′(S),6′(S)dimethyl-
1′,2′,3′,4′,4′a(S),5′,6′,7′,8′,8′a(S)-decahydronaphthyl-
1′(S)ethyl]-4(R)hydroxy-3,4,5,6-tetrahydro-2H-pyran-
2-one IV$_e$ (R′═CH$_3$)

A solution of 2.0 g (6.2 mmol) of the alcohol IV$_e$
(R′═CH$_3$) in 100 ml of ethyl acetate was hydrogenated
in the presence of platinum oxide (1 g) at 40 lbs. pressure
until an uptake of two mole equivalents of hydrogen
was observed. The catalyst was removed by filtration
and the filtrate was evaporated to dryness to provide a
white solid (1.9 g) which was chromatographed on a
6×20 cm column of silica gel (230–400 mesh). Elution
(under air pressure) with acetone-methylene chloride
(3:7, v:v) gave 1.0 g (50%) of the title compound as a
colorless solid.

An analytical sample was prepared by recrystalliza-
tion of a portion of the material from chloroform to give
a white cottony solid: m.p. 166°–8°.

### Step B: Preparation of
6(R)-[2-(8′(S)-hydroxy-2′(S),6′(S)-dimethyl-1′,2′,3′,4′,4′-
'a(S),5′,6′,7′,8′,8′a(S)-decahydronaphthyl-1′(S)-ethyl)]-
4(R)-(dimethyl-tert-butylsilyloxy)3,4,5,6-tetrahydro-
2H-pyran-2-one, V$_e$ (R′═CH$_3$)

A solution of the alcohol IV$_e$ (R′═CH$_3$) (1.0 g, 3.1
mmol), imidazole (1.05 g, 15.4 mmol) and tert-butyl-
dimethylchlorosilane (1.16 g, 7.7 mmol) in 20 ml of
N,N-dimethyl formamide was stirred at 20° under a
nitrogen atmosphere for 18 hours. The reaction solution
was diluted with 200 ml of ether and washed succes-
sively with water, 2% aqueous hydrochloric acid and
brine. The ether solution was dried over MgSO$_4$ and
evaporated to provide a white solid (1.8 g) which was
chromatographed on a 6×20 cm column of silica
(230–400 mesh). Elution under air pressure with aceto-
ne:methylene chloride (1:19, v:v) gave 1.0 g (74%) of
the title compound as a white solid: m.p. 136°–138° C.

### Step C: Preparation of
6(R)-{2[8′(S)(2″-ethyl-2″-methylbutyryloxy)-2′(S),
6′(S)-dimethyl-1′,2′,3′,4′,4′a(S),5′,6′,7′,8′,8′a(S)-decahy-
dronaphthyl-1′(S)]ethyl}-4(R)(dimethyl-tert-butyl-
silyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one VI$_e$
(R′═CH$_3$)

By substituting an equimolar amount of alcohol V$_e$
(R′═CH$_3$) for alcohol V$_d$ (R′═CH$_3$) in Step A of Ex-
ample 3 and following the procedure for Step A there
was obtained a corresponding amount of the title com-
pound, VI$_e$ (R′═CH$_3$) as a yellow oil. NMR(CDCl$_3$) δ
0.08(S,6,(CH$_3$)$_2$Si),        0.90(S,9,(CH$_3$)$_3$CSi),
1.13(S,6,(CH$_3$)$_2$CO$_2$),        2.63(m,2,pyran      C$_3$H's),
4.33(m,1,pyran      C$_4$H),      4.60(m,1,pyran      C$_6$H),
5.23(m,1,naphthalene C$_8$H).

### Step D: Preparation of
6(R)-{2-[8′(S)(2″-ethyl-2″-methylbutyryloxy)-2′(S),6(S
)-dimethyl-1′,2′,3′,4′,4′a(S),5′,6′,7′,8′,8′a(S)-decahy-
dronaphthyl-1′(S)]ethyl}-4(R)-hydroxy-3,4,5,6-tetrahy-
dro-2H-pyran-2-one, I$_e$ (R′═CH$_3$)

By substituting an equimolar amount of the silyl ether
VI$_e$ (R′═CH$_3$) from Example 4, Step C for the silyl
ether in Step C of Example 1 and following the proce-
dure for Step C of Example 1 there was obtained a
corresponding amount of the title compound as a solid.

An analytical sample was prepared by recrystalliza-
tion of the material from hexane to obtain white needles:
m.p. 146°–147° C.

Employing the procedure substantially as described
in Example 4 Steps A through D, but substituting for
the diol of structure IV$_d$ (R′═CH$_3$) in Step A, an equi-
molecular amount of the diol of structure IV$_d$ (R′═H)
there are produced in sequence the compounds: IV$_e$
(R′═H) in Step A; V$_e$(R′═H) in Step B; VI$_e$(R′═H) in
Step C; and I$_e$ (R′═H) in Step D.

## EXAMPLE 5

6(R)-{2-[8'(S)-(2''-ethyl-2''-methylbutyryloxy)-2'(S),6'(R)-dimethyl-1',2',3',4',6',7',8'a(S)-octahydronaphthyl-1'(S)]ethyl}-4(R)-hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, $I_b$ (R'=CH₃)

Step A: Preparation of
6(R)-[2-(8'(S)-hydroxy-2'(S),6'(R)-dimethyl-1'2',3',4',6',7',8'a(S)-octahydronaphthyl-1'(S)-ethyl]-4(R)hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, $IV_b$ (R'=CH₃)

Employing the procedure substantially as described for the preparation of the starting material $IV_a$ (R'=CH₃) by hydrolysis of MK-803 with refluxing aqueous LiOH.H₂O for 56 hours but substituting for the MK-803 an equimolecular amount of compound $III_b$ (R'=CH₃) there is produced, in comparable yield, the title compound $IV_b$ (R'=CH₃), m.p. 136°–139° C.

Following the procedure of Example 4, Steps B, C, and D, but substituting for the compound $IV_e$ (R'=CH₃) used in Step B thereof, an equimolecular amount of compound $IV_b$ (R'=CH₃) from Step A of this example, there is produced in comparable yields to those experienced in Example 4, the following compounds:

Step B:
6(R)-[2-(8'(S)-hydroxy-2'(S),6'(R)-dimethyl-1',2',3',4',6',7',8'a(S)-octahydronaphthyl-1'(S)-ethyl]-4(R)-(dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one, $V_b$ (R'=CH₃), m.p. 140°–142° C.

Step C:
6(R)-{2-[(8'(S)-(2''-ethyl-2''-methylbutyryloxy)-2'(S),6'(R)-dimethyl-1',2',3',4',6',7',8'a(S)-octahydronaphthyl-1'(S)]ethyl}-4(R)-(dimethyl-tert-butylsilyloxy)-3,4,5,6-tetrahydro-2H-pyran-2-one, $VI_{(b)}$ (R'=CH₃) wherein

R—C—O   is   \[structure\]   CO₂—

Step D:
6(R)-{2-[8'(S)(2''-ethyl-2''-methylbutyryloxy)-2'(S),6'(R)-dimethyl-1',2',3',4',6',7',8'a(S)-octahydronaphthyl-1'(S)]ethyl}-4(R)hydroxy-3,4,5,6-tetrahydro-2H-pyran-2-one, $I_b$ (R'=CH₃) m.p. 129°–131° C. wherein

R—C—O   is   \[structure\]   CO₂—

Following the procedure substantially as described in Example 5, but using $III_b$ (R'=H) or $III_c$, $III_d$, or $III_e$ (R'=H or CH₃) as starting material in place of $III_b$ (R'=CH₃) there are produced in turn compounds $IV_b$ (R'=H) or $IV_{c,d,e}$ (R'=H or CH₃), $V_b$ (R'=H) or $V_{c,d,e}$ (R'=H or CH₃), $VI_b$ (R'=H) or $VI_{c,d,e}$ (R'=H or CH₃), and $I_b$ (R'=H) or $I_{c,d,e}$ (R'=H or CH₃) wherein

R—C—O   is   \[structure\]   CO₂—

## EXAMPLE 6

Typical formulations for filling a size 0 hard gelatin capsule comprise 3.125, 6.25, 12.5, 25 or 50 mg of one of the novel compounds of this invention such as the products of Example 3, Step B, Example 1, Step C, or Example 2, Step B and sufficient finely divided lactose to provide a total capsule content of about 580–590 mg.

What is claimed is:

1. A compound of the formula:

wherein R' is H or CH₃;
R is
(1) 1,1-dimethylpropyl,
(2) $C_{3-10}$cycloalkyl,
(3) $C_{2-10}$alkenyl,
(4) $C_{1-10}CF_3$-substituted alkyl,
(5) phenyl,
(6) halophenyl,
(7) phenyl-$C_{1-3}$alkyl,
(8) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;
the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone; or the corresponding dihydroxy acid of the formula:

or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted-$C_{1-4}$alkyl ester of said acid.

2. The compound of claim 1 wherein R' is CH₃.

3. The compound of claim 1 wherein R is 1,1-dimethylpropyl.

4. The compound of claim 2 wherein R is 1,1-dimethylpropyl.

4,444,784

**27**

5. The compound of claim 1 wherein none of X, Y or Z is a double bond.

6. A pharmaceutical antihypercholesterolemic composition comprising a pharmaceutical carrier and an antihypercholesterolemic effective amount of a compound of structural formula:

in which R′ is H or CH₃;
   R is
     (1) 1,1-dimethylpropyl,
     (2) $C_{3-10}$cycloalkyl,
     (3) $C_{2-10}$alkenyl,
     (4) $C_{1-10}CF_3$-substituted alkyl,
     (5) phenyl,
     (6) halophenyl,
     (7) phenyl-$C_{1-3}$alkyl,
     (8) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;
   the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone; or
   the corresponding dihydroxy acid of the formula:

or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted-$C_{1-4}$alkyl ester of said acid.

7. The composition of claim 6 wherein R′ is CH₃.

8. The composition of claim 6 wherein R is 1,1-dimethylpropyl.

9. The composition of claim 7 wherein R is 1,1-dimethylpropyl.

10. The composition of claim 6 wherein none of X, Y or Z is a double bond.

11. A method of treating hypercholesterolemia in a patient in need of such treatment which comprises administration of an antihypercholesterolemic effective amount of a compound of structural formula:

**28**



in which R′ is H or CH₃;
   R is
     (1) 1,1-dimethylpropyl,
     (2) $C_{3-10}$cycloalkyl,
     (3) $C_{2-10}$alkenyl,
     (4) $C_{1-10}CF_3$-substituted alkyl,
     (5) phenyl,
     (6) halophenyl,
     (7) phenyl-$C_{1-3}$alkyl,
     (8) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;
   the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone; or
   the corresponding dihydroxy acid of the formula:

or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted-$C_{1-4}$alkyl ester of said acid.

12. The method of claim 11 wherein R′ is CH₃.

13. The method of claim 11 wherein R is 1,1-dimethylpropyl.

14. The method of claim 12 wherein R is 1,1-dimethylpropyl.

15. The method of claim 11 wherein none of X, Y or Z is a double bond.

16. A compound of the formula:

wherein R′ is H or CH₃;

**29**

R is

    (1) $C_{3-10}$cycloalkyl,

    (2) $C_{2-10}$alkenyl,

    (3) $C_{1-10}CF_3$-substituted alkyl,

    (4) phenyl,

    (5) halophenyl,

    (6) phenyl-$C_{1-3}$alkyl

    (7) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;

the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone or the corresponding dihydroxy acid of the formula:



or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted-$C_{1-4}$alkyl ester of said acid.

**17.** A pharmaceutical antihypercholesterolemic composition comprising a pharmaceutical carrier and an antihypercholesterolemic effective amount of a compound of structural formula:



in which R' is H or $CH_3$;

  R is

    (1) $C_{3-10}$cycloalkyl,

    (2) $C_{2-10}$alkenyl,

    (3) $C_{1-10}CF_3$-substituted alkyl,

    (4) phenyl,

    (5) halophenyl,

    (6) phenyl-$C_{1-3}$alkyl,

    (7) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;

the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone; or

the corresponding dihydroxy acid of the formula:

**30**



or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted-$C_{1-4}$alkyl ester of said acid.

**18.** A method of treating hypercholesterolemia in a patient in need of such treatment which comprises administration of an antihypercholesterolemic effective amount of a compound of structural formula:



in which $R^i$ is H or $CH_3$;

  R is

    (1) $C_{3-10}$cycloalkyl,

    (2) $C_{2-10}$alkenyl,

    (3) $C_{1-10}CF_3$-substituted alkyl,

    (4) phenyl,

    (5) halophenyl,

    (6) phenyl-$C_{1-3}$alkyl,

    (7) substituted phenyl-$C_{1-3}$alkyl in which the substituent is halo, $C_{1-3}$alkyl or $C_{1-3}$alkoxy;

the dotted lines at X, Y and Z represent possible double bonds, said double bonds, when any are present, being either X and Z in combination or X, Y or Z alone; or

the corresponding dihydroxy acid of the formula:



or a pharmaceutically acceptable salt of said acid, a $C_{1-4}$alkyl ester of said acid or a phenyl-, dimethylamino-, or acetylamino-substituted $C_{1-4}$alkyl ester of said acid.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE EXTENDING PATENT TERM
### UNDER 35 U.S.C. § 156

PATENT NO.:      4,444,784

DATED:           April 24, 1984

INVENTORS:       William F. Hoffman et al.

PATENT OWNER:    Merck & Co., Inc.

This is to certify that there has been presented to the

## COMMISSIONER OF PATENTS AND TRADEMARKS

an application under 35 U.S.C. § 156 for an extension of the patent term.  Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

## 1,704 DAYS

with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).



I have caused the seal of the Patent and Trademark Office to be affixed this 20th day of May 1993.

Michael K. Kirk
Acting Commissioner of Patents and Trademarks